Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

DOCKET NO. (Transferring Court)
0:02CR00359-2(JRT/FLN)

DOCKET NO. (Receiving Court)

✓ FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD
FEB - 8 2005
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY ___ DEPUTY

| NAME AND ADDRESS OF * | DISTRICT | DIVISION |
|---|---|---|
| Diana Jane Del Popolo<br>5825 West Flamingo Road, #223<br>Las Vegas, NV 89103 | MINNESOTA | Minneapolis |
| | NAME OF SENTENCING JUDGE<br>Honorable John R. Tunheim | |
| | DATES OF SUPERVISION | FROM 01/18/2005 TO 01/17/2009 |

RECEIVED
BY MAIL
FEB 15 2005
CLERK, US DIST. COURT
ST. PAUL, MN

OFFENSE

Aiding and Abetting Possession with Intent to Distribute Methamphetamine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of may be changed by the District Court to which this transfer is made without further inquiry of this Court.

Jan 28, 2005
Date

John R. Tunheim, United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction of the above be accepted and assumed by this Court from and after the entry of this order.

Feb 4, 2005
Effective Date

United States District Judge

CR-S-05-0036-JCM-RJJ

I hereby attest and certify on 2-11-05 that the foregoing document is a full, true and correct copy of the original on file in my legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By ___ Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

SCANNED
FEB 15 2005
U.S. DISTRICT COURT ST. PAUL